HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KEVIN BONNER,

    Plaintiff,

v.

NORMANDY PARK, a municipal corporation; and DETECTIVE JOHN LIEVERO, in his individual capacity,

    Defendants.

No. C07-0962 RSM

PLAINTIFF'S STIPULATION REGARDING EMOTIONAL DISTRESS DAMAGES

## I. STIPULATION

1. Plaintiff will amend his Initial Disclosures to remove Dr. Slightam (psychiatrist) and Counselor Armstrong (M.S.W.) as potential Plaintiff witnesses; Dr. Olsen (M.D.) is maintained as a treating physician regarding alleged physical injuries;

2. Plaintiff will amend his discovery responses to withdraw allegations of Post Traumatic Stress Disorder;

3. Plaintiff withdraws from the jury's consideration any allegation of the need for prescription medication for emotional distress;

4. Plaintiff *maintains* his allegations of "garden variety emotional distress damages;"

5. Plaintiff will not call an expert witness at trial to address emotional distress damages;

PLTF'S STIPULATION REGARDING EMOTIONAL
DISTRESS DAMAGES - 1
Cause No. C07-0962 RSM
K:\BLB\wcia07018\p-121307-stipreemotionaldistress 3.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

6. Plaintiff will not claim medical expenses for psychological counseling or mental health treatment at trial;

7. Plaintiff will not claim medical expenses for prescription medication for mental health treatment at trial; and

8. Plaintiff will not claim to have suffered a psychiatric injury as a result of the April 25, 2005 incident with Normandy Park Police Department.

DATED this 14th day of December, 2007.

Stipulation entered by:

LAW OFFICES OF JEFFREY NEEDLE

_____
Jeffrey Needle, WSBA # 6346
Attorney for Plaintiff
119 First Ave. S., #200
Seattle, WA 98104
(206) 447-1560
(206) 447-1523
jneedle1@wolfenet.com

Stipulation acknowledged and approved as to form only:

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

_____
Brenda L. Bannon, WSBA 17962
Attorney for Defendants
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
206-623-8861
206-223-9423 Fax
bbannon@kbmlawyers.com

PLTF'S STIPULATION REGARDING EMOTIONAL
DISTRESS DAMAGES - 2
Cause No. C07-0962 RSM
K:\BLB\wcia07018\p-121307-stipreemotionaldistress 3.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

# DECLARATION OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed PLAINTIFF'S STIPULATION REGARDING EMOTIONAL DISTRESS DAMAGES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffery Needle
Attorney at Law
119 First Ave. S., #200
Seattle, WA 98104

s/Christine Jensen Linder
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
206-623-8861
206-223-9423 Fax

PLTF'S STIPULATION REGARDING EMOTIONAL
DISTRESS DAMAGES - 3
Cause No. C07-0962 RSM
K:\BLB\wcia07018\p-121107-stiprcemotionaldistress 2a.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423