The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN BONNER,<br><br>    Plaintiff,<br><br>v.<br><br>NORMANDY PARK, a Municipal Corporation, and DETECTIVE JOHN LIEVERO, in his individual capacity,<br><br>    Defendants. | NO. C07-0962 RSM<br><br>PLAINTIFF'S SPECIAL VERDICT FORM |

We, the jury, answer the questions submitted by the court as follows:

No. 1. Did the Defendant, Detective John Lievero, use excessive force in arresting the Plaintiff, Kevin Bonner, on April 25, 2005 in violation of his Fourth Amendment constitutional right?

ANSWER: _____ (yes or no).

No. 2. Did the Defendant, Detective John Lievero, assault the Plaintiff, Kevin Bonner, on April 25, 2005 in violation of Washington State law?

ANSWER: _____ (yes or no).

If your answer to both questions No. 1 and No. 2 is no, stop and answer to additional questions. If your answer to either questions No. 1 or No. 2 is yes, then answer the following question.

No. 3. What is the amount of compensatory damages that your award to Plaintiff?

ANSWER: $_____

No. 4. Was the conduct of Detective malicious, oppressive or in reckless disregard of the Plaintiff's rights?

ANSWER: _____

If your answer to question No. 1 is yes, then answer the following question.

No. 5. What is the amount of punitive damages, if any, that your award to Plaintiff?

ANSWER: $_____

Dated _____                    Presiding Juror _____

Special Verdict Form - 2