The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN BONNER,<br><br>    Plaintiff,<br><br>v.<br><br>NORMANDY PARK, a Municipal Corporation, and DETECTIVE JOHN LIEVERO, in his individual capacity,<br><br>    Defendants. | NO. C07-0962 RSM<br><br>SUPPLEMENTAL DECLARATION OF JEFFREY NEEDLE IN SUPPORT OF REASONABLE ATTORNEY FEES AND EXPENSES |

Jeffrey Needle, being duly sworn under penalty of the laws of the State of Washington, does hereby declare as follows:

1. That I am attorney for Plaintiff in the above referenced case. That I am competent to testify to the matters contained herein and do so upon personal knowledge.

2. Attached hereto as Exhibit A is a breakdown of the time spent on the case to date since the original declaration in support of attorney fees was filed. Exhibit A was complied from detailed time records **contemporaneously** logged by the undersigned.

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523

Dated in Seattle this 12th day of December, 2008.

_____
Jeffrey Needle, WSBA #6346
Attorney for Plaintiff

Supplemental Declaration of Jeffrey Needle - 2
Bonner v. Normandy Park, et al. No. C07-0962 RSM

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523

# EXHIBIT A

BONNER V. NORMANDY PARK, et al.

TIME LOG

| DATED | SERVICE RENDERED | HOURS |
|---|---|---|
| 12/3/08 | Response to Motion for New Trial | 6.5 |
| 12/4/08 | Response to Motion for New Trial | 3.5 |
| 12/7/08 | Response to Motion for New Trial | 6.0 |
| 12/8/08 | Response to Motion for New Trial | 3.0 |
|  | Reply to Motion for Attorney Fees | 2.0 |
| 12/9/08 | Response to Motion for New Trial | 4.0 |
| 12/10/08 | Response to Motion for New Trial | 4.0 |
| 12/11/08 | Reply to Motion for Attorney Fees | 1.0 |
|  | Response to Motion for New Trial | 1.0 |

Total Time                                                                      31.00

30 hours @ $350 = $10,850.